1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   LETITIA TUGGLE, et al., | CASE NO.: 1:19-cv-01525-NONE-SAB |
| 12           Plaintiffs, | ORDER GRANTING STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT NUNC PRO TUNC |
| 13      v. | |
| 14   CITY OF TULARE; et al.; | (ECF Nos. 22, 23) |
| 15           Defendants. | FOURTEEN DAY DEADLINE |
| 16 | |
| 17 | |

18

19      Pursuant to the scheduling order issued in this action on September 9, 2020, any motion or

20  stipulation requesting to file an amended complaint was to be filed no later than November 3,

21  2020.  (ECF No. 21 at 2.)  On November 3, 2020, Plaintiffs filed first amended complaint.  (ECF

22  No. 22.)  On November 6, 2020, a stipulation for leave to file a first amended complaint was filed

23  stating that Plaintiff misunderstood the scheduling order and Defendants have stipulated to the

24  filing of the first amended complaint.

25      Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

26    1.     The parties stipulation for leave for Plaintiffs to file a first amended complaint is

27             GRANTED NUNC PRO TUNC; and

28    / / /

1

2.      Defendants shall file an answer or otherwise respond to the first amended complaint within fourteen (14) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:   **November 6, 2020**

UNITED STATES MAGISTRATE JUDGE