# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA TUGGLE, et al.,<br><br>    Plaintiffs and Counter Defendants,<br><br>v.<br><br>CITY OF TULARE, et al.,<br><br>    Defendants and Cross Claimants. | Case No. 1:19-cv-01525-NONE-SAB<br><br>ORDER VACATING MARCH 3, 2021 HEARING AND TAKING MOTION TO COMPEL AND REQUEST FOR SANCTIONS UNDER SUBMISSION |

On February 17, 2021, Defendants filed a motion to compel and request for sanctions in this action due to Plaintiffs failure to respond to discovery requests. (ECF No. 26.) Pursuant to Local Rule 251, where there has been a complete failure to respond to a discovery request the motion may proceed without the filing of a joint statement on fourteen day notice. L.R. 251(e). The opposing party shall file an opposition to the motion no later than seven days before the hearing date. Id. Upon review of the briefing filed by Defendants, the Court finds that the motion was properly brought under Local Rule 251(e) due to Plaintiffs failure to respond to four discovery requests and Defendants frustrated attempts to meet and confer with opposing counsel on the matter.

The motion was set for hearing on March 3, 2021, making Plaintiffs' response due on February 24, 2021. Plaintiffs did not file an opposition to the motion. Local Rule 230 provides that a party who fails to file a timely opposition to a motion is not entitled to be heard in

1

opposition to the motion at oral argument. L.R. 230(c). Accordingly, the March 3, 2021 hearing shall be vacated. The matter is taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the March 3, 2021 hearing on Defendants' motion to compel and request for sanctions is VACATED and the matter is taken under submission.

IT IS SO ORDERED.

Dated:   **February 25, 2021**

UNITED STATES MAGISTRATE JUDGE