# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA TUGGLE, et al., | Case No. 1:19-cv-01525-NONE-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANT TO SUPPLEMENT MOTION TO COMPEL AND FOR SANCTIONS AGAINST PLAINTIFFS WARE AND TUGGLE AND CONTINUING HEARING TO JUNE 2, 2021 |
| v. | |
| CITY OF TULARE, et al., | |
| Defendants. | DEADLINE: MAY 12, 2021 |
| CITY OF TULARE, et al., | |
| Counter Claimants | |
| v. | |
| LETICIA TUGGLE, et al., | |
| Counter Defendants. | |

On October 27, 2019, Letitia Tuggle, individually and as representative of the estate of Quinntin Castro, Rosa Cuevas, and Cameron Ware ("Plaintiffs" or "Counter Defendants")filed this civil rights action pursuant to 42 U.S.C. ¶ 1983 against the City of Tulare and Police Chief Matt Machado ("Defendants" or "Counter Claimants"). (ECF No. 1.) Currently before the

1

Court is a motion for sanctions against Plaintiffs Ware and Tuggle filed on April 12, 2021.[1] (ECF No. 33.) Plaintiffs filed an opposition to the motion on April 27, 2021. (ECF No. 34.) Defendants filed a reply on May 3, 2021. (ECF No. 37.)

According to the documents filed, Plaintiffs supplemented their discovery responses after the instant motion was filed. However, neither party has provided the Court with a copy of the supplemental responses. The Court shall continue the hearing on the motion and order Defendants to file a copy of the supplemental responses that were postmarked on April 19, 2021.

IT IS HEREBY ORDERED that:

1. Defendants shall supplement the motion for sanctions by filing a copy of the supplemental discovery responses by **May 12, 2021**; and
2. The hearing set for May 12, 2021 on Defendants' motion for sanctions is CONTINUED to **June 2, 2021, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 11, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] Although the motion is entitled "Motion to Compel Discovery and for Sanctions against Plaintiffs Ware and Tuggle" the motion does not seek discovery but requests terminating sanctions due to the failure to comply with discovery obligations and a prior order granting a motion to compel.