# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA TUGGLE, et al., | Case No. 1:19-cv-01525-NONE-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANTS TO CLARIFY SUPPLEMENT EXHIBITS TO MOTION TO DISMISS |
| v. | |
| CITY OF TULARE, et al., | DEADLINE: MAY 17, 2021 |
| Defendants. | |
| CITY OF TULARE, et al., | |
| Counter Claimants | |
| v. | |
| LETICIA TUGGLE, et al., | |
| Counter Defendants. | |

On October 27, 2019, Letitia Tuggle, individually and as representative of the estate of Quinntin Castro, Rosa Cuevas, and Cameron Ware ("Plaintiffs" or "Counter Defendants") filed this civil rights action pursuant to 42 U.S.C. ¶ 1983 against the City of Tulare and Police Chief Matt Machado ("Defendants" or "Counter Claimants"). (ECF No. 1.) Currently before the

1

1    Court is a motion for sanctions against Plaintiffs Ware and Tuggle filed on April 12, 2021.[1]
2    (ECF No. 33.) Plaintiffs filed an opposition to the motion on April 27, 2021. (ECF No. 34.)
3    Defendants filed a reply on May 3, 2021. (ECF No. 37.)

On May 11, an order issued requiring Defendants to supplement the motion by filing a copy of the supplemental responses that were postmarked on April 19, 2021. (ECF No. 38.) A supplemental response was filed that same date. (ECF No. 39.) However, upon review of the document filed, it appears to be the original response by Plaintiff Tuggle that is dated March 31, 2021. (See ECF Nos. 33-6, 39-1.) The Court shall require Defendants to supplement the record to either 1) clarify that the response postmarked April 19, 2021, was the same response dated March 31, 2021; or 2) file the supplemental response postmarked April 19, 2021.

Accordingly, IT IS HEREBY ORDERED on or before May 17, 2021, Defendants shall file a supplement to 1) clarify that the response postmarked April 19, 2021, was the same response dated March 31, 2021; or 2) file the supplemental response postmarked April 19, 2021.

IT IS SO ORDERED.

Dated: __May 13, 2021__

UNITED STATES MAGISTRATE JUDGE

---

[1] Although the motion is entitled "Motion to Compel Discovery and for Sanctions against Plaintiffs Ware and Tuggle" the motion does not seek discovery but requests terminating sanctions due to the failure to comply with discovery obligations and a prior order granting a motion to compel.