# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA TUGGLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF TULARE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01525-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF FULVIO F. CAJINA AS ATTORNEY FOR PLAINTIFFS LETITIA TUGGLE AND CAMERON WARE AND DIRECTING CLERK OF COURT TO TERMINATE FULVIO F. CAJINA AS ATTORNEY OF RECORD<br><br>(ECF No. 70) |

On March 24, 2022, a notice of disassociation of counsel Fulvio F. Cajina as counsel for Plaintiff Letitia Tuggle and Cameron Ware was filed. (ECF No. 70.) Plaintiff continues to be represented by Stanley Goff.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Fulvio F. Cajina as counsel is GRANTED; and

2. The Clerk of the Court is DIRECTED to terminate Fulvio F. Cajina as attorney for Plaintiff Letitia Tuggle and Cameron Ware.

IT IS SO ORDERED.

Dated: **March 25, 2022**

UNITED STATES MAGISTRATE JUDGE

1