# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA TUGGLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TULARE, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01525-JLT-SAB<br><br>ORDER RE: STIPULATION TO MODIFY BRIEFING SCHEDULE FOR THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 72, 73, 74, 77) |

　　　　On April 15, 2022, the parties filed three motions for summary judgment.  (ECF Nos. 72, 73, 74.)  On April 19, 2022, the Court issued a minute order advising the parties that the motions would be decided on the papers and vacating the hearing dates before the District Judge.  (ECF No. 75.)  The minute order also advised the parties the briefing schedule would remain governed by the original hearing date set by the parties pursuant to Local Rule 230.

　　　　On April 22, 2022, the parties filed a stipulation to modify the briefing schedule for the parties' motions for summary judgment.  (ECF No. 77.)  Noting the revisions to Local Rule 230, effective March 1, 2022, the parties seek a one-week extension of all deadlines for the briefing schedule, in order to clarify any potential confusion regarding the briefing schedule by aligning the briefing schedule, and to permit the parties some additional time to address the pending dispositive motions.  The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedules on the motions for summary judgment (ECF Nos. 72, 73, 74) shall be modified as follows:

1. Plaintiffs' opposition to Defendant's motion for summary judgment deadline: **May 6, 2022**;

2. Defendants/Counter Claimants' City of Tulare and Officer Ryan Garcia's opposition deadline: **May 6, 2022**; and

3. Reply brief deadline for both motions: **May 20, 2022**.

IT IS SO ORDERED.

Dated:   **April 25, 2022**

UNITED STATES MAGISTRATE JUDGE